# Exhibit B

CIVIL COURT OF THE CITY OF NEW YORK    APPLICATION FOR A SUMMONS 2016

008037

**PARTIES**

PLAINTIFF: (Your name and complete address, including your apartment number and telephone number.) [NOTE: If the claim is based on an auto accident, the claim must be *Owner* against *Owner*].

Nijo Mills
510 W. 136 St. Apt 1A
New York, N.Y. 10031      917-736-4288

DEFENDANT(S): (The full legal name and street address (no box number) of the party(ies) you are suing. Indicate whether you are suing this party as a person or a business.) [NOTE: If you are suing a business, indicate whether it is a partnership, a corporation or an individual with a business certificate. This information can be obtained in the County Clerk's Office in the county in which the business is located. Failure to check this information may result in a judgment which cannot be executed.]

Alphabet Inc.
76 9th Ave
New York, N.Y. 10011

FILED
MAY 06 2016
NEW YORK COUNTY CIVIL COURT

**CLAIM**

**REASON FOR CLAIM:**

Damage cause to:   ☐ automobile      ☐ person            ☐ property other than automobile

Failure to provide:  ☐ repairs        ☐ proper service    ☐ goods ordered

Failure to return:   ☐ security       ☐ property          ☐ deposit            ☐ money

Failure to pay for:  ☐ wages          ☐ services rendered ☐ insurance claim    ☐ money loaned
                     ☐ rent           ☐ commissions       ☐ goods sold and delivered

Breach of:           ☐ contract       ☐ lease

Loss of:             ☐ luggage        ☐ property          ☐ time from work     ☐ use of property

Returned:            ☐ check (bounced) ☐ merchandise (not reimbursed)

Other: (Be brief)
Copyright infringement
Emotional Distress

**DETAILS OF CLAIM:**
Amount of Claim: (Limit $25,000 for each Cause of Action) $ ~~10,000.00~~ 24,000.00
Date of Occurrence: September 9, 2013
Place of Occurrence: 2155 University Avenue

If Car Accident: YOUR license plate # _____  DEFENDANT'S license plate # _____

Identifying Number(s): _____
(Receipt #, Claim #, Account #, Policy #, Ticket #, etc.)

May 2, 2016                    X   Nijo Mills
Date                               Signature of Plaintiff

CIV-GP-59 (Revised 7/04)